UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| D-JUAN OWENS, | ) | |
| | ) | Case No. 13 CV 7568 |
| Plaintiff, | ) | |
| | ) | Judge |
| v. | ) | |
| | ) | Magistrate Judge |
| P.O. ELLISON, P.O. KELLY, | ) | |
| Individually and the CITY OF | ) | JURY DEMAND |
| HARVEY, a municipal | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

**NOW COMES** the Plaintiff, D-JUAN OWENS, by and through his attorneys, Gregory E. Kulis & Associates, Ltd. complaining against the Defendants, P.O. ELLISON, P.O. KELLY, Individually, and the CITY OF HARVEY, a municipal corporation, as follows:

### COUNT I - EXCESSIVE FORCE

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, D-JUAN OWENS, accomplished by acts and/or omissions of the Defendants, P.O. ELLISON, P.O. KELLY, Individually, and the CITY OF HARVEY, a municipal corporation, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, D-JUAN OWENS, was at all relevant times United States citizen and resident of the State of Illinois.

4. At all relevant times, the Defendants, P.O. ELLISON and P.O. KELLY, were duly appointed Harvey police officers acting within their scope of employment and under color of law.

5. On or about October 23, 2011, the Plaintiff, D-JUAN OWENS, was in the vicinity of 147th Street and Ashland Avenue in Harvey, Illinois after running from the police.

6. The Plaintiff hurt his ankle as he was going over a fence.

7. The Plaintiff then surrendered and was no threat to the Defendant, police officers.

8. Without any reasonable or just able cause, the Defendants, P.O. ELLISON and P.O. KELLY, struck the Plaintiff in the back of the head.

9. The Plaintiff was then on his knees, when he was struck again, this time on the front of his head.

10. The Plaintiff took his hands and arms and covered his face and head as one or more of the Defendants continued to strike him.

11. One or more of the Defendants continued to strike the Plaintiff with an object, injuring his arms and wrist.

12. The Defendant, P.O. ELLISON, continued to kick and stomp on the Plaintiff.

13. The Defendants' use of force was unprovoked.

14. Said use of force was excessive and unreasonable.

15. The Defendant, P.O. KELLY, then stood by and allowed the continued excessive use of force and attacks to occur though he could have intervened.

16. The Plaintiff, D-JUAN OWENS, was severely injured.

17. At all relevant times, the Defendants, P.O. ELLISON and P.O. KELLY, were acting pursuant to the customs and policies of the Harvey Police Department.

18. The actions of the Defendants, P.O. ELLISON and P.O. KELLY, were intentional, willful and with malice.

19. Said actions of the Defendants, P.O. ELLISON and P.O. KELLY, violated the Plaintiff, D-JUAN OWENS', Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

20. As a direct and proximate consequence of said conduct of the Defendants, P.O. ELLISON and P.O. KELLY, the Plaintiff, D-JUAN OWENS, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering future pain and suffering and permanent disfigurement.

**WHEREFORE**, the Plaintiff, D-JUAN OWENS, pray for judgment in his favor and against the Defendants, P.O. ELLISON and P.O. KELLY, for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT II - MONELL CLAIM

1-20. The Plaintiff, D-JUAN OWENS, hereby reallege and incorporate his allegations of paragraphs 1-20 of Count I as his respective allegations of paragraphs 1-20 of Count II as though fully set forth herein.

21. The actions of the Defendants were based on P.O. ELLISON'S continued custom, practice to use excessive force on arrestees and detainees.

22. Defendant, P.O. ELLISON has previously been named as a Defendant in other lawsuits.

23. On information and belief, other citizens have complained about the practices, policy and actions of Defendant, P.O. ELLISON.

24. The Defendant, CITY OF HARVEY has taken no action against P.O. ELLISON.

25. The actions and omissions of the Defendant, CITY OF HARVEY in regards to actions of P.O. ELLISONS constitute an unofficial custom, practice of policy of said Municipality.

26. As a result of said custom practice and policy of the Defendant, CITY OF HARVEY, the Plaintiff's constitutional rights were violated.

27. As a result of said policy, the Plaintiff, D-JUAN OWENS, suffered violation of his constitutional rights, pain and suffering, permanent injury, monetary loss and expense and emotional distress.

**WHEREFORE**, the Plaintiff, D-JUAN OWENS, pray for judgment in his favor and against the Defendant, CITY OF HARVEY, for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT III - INDEMNIFICATION

1-20. The Plaintiff, D-JUAN OWENS, hereby reallege and incorporate his allegations of paragraphs 1-20 of Count I as his respective allegations of paragraphs 1-20 of Count III as though fully set forth herein.

21.     Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

22.     The Defendants, P.O. ELLISON and P.O. KELLY were or are employees of the CITY OF HARVEY Police Department, who acted within their scope of employment in committing the misconduct described herein.

**WHEREFORE**, should the Defendants, P.O. ELLISON and P.O. KELLY be found liable for any of the acts alleged above, the Defendant, CITY OF HARVEY, would be liable to pay the Plaintiff, D-JUAN OWENS, any judgment obtained against said Defendant.

## JURY DEMAND

The Plaintiff, D-JUAN OWENS, hereby requests a trial by jury.

Respectfully submitted,

D-JUAN OWENS

/s/ Gregory E. Kulis

**Gregory E. Kulis & Associates, Ltd.**
**Attorneys for the Plaintiffs**
**30 N. LaSalle, Suite 2140**
**Chicago, IL 60602**
**312-580-1830**