**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| D-JUAN OWENS, ) | |
| ) | Case No. 13 CV 7568 |
| Plaintiff, ) | |
| ) | Judge Dow |
| v. ) | |
| ) | Magistrate Judge Brown |
| P.O. ELLISON, P.O. KELLY, ) | |
| Individually and the CITY OF ) | |
| HARVEY, a municipal ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Defendants Joseph Ellison, Steven Kelley, and the City of Harvey, by their attorneys, Roth Fioretti, LLC, hereby make the following objections to Plaintiff's Proposed Jury Instructions:

Plaintiff's Instruction No.:

1. No objection – duplicative of #1.
2. No objection provided that the Court asks a witness a question.
3. No objection – duplicative of #3.
4. No objection – duplicative of #5.
5. No objection – duplicative of #6.
6. No objection – duplicative of #7.
7. No objection.
8. No objection – duplicative of #8.
9. No objection – duplicative of #9.
10. No objection – duplicative of #10.
11. No objection – duplicative of #11.
12. No objection – duplicative of #13.
13. No objection – duplicative of #14.
14. No objection.
15. No objection.
16. No objection.
17. No objection – duplicative of #15.
18. No objection – duplicative of #22.
19. No objection – duplicative of #23.

20. No objection – duplicative of #24.
21. No objection.
22. Objection – Plaintiff did not submit the entire instruction of PI # 1.25. Plaintiff omitted, "In considering a claim against a defendant, you must not consider evidence admitted only against other defendants or only as to other claims."
23. Objection – Not a 7th Circuit Pattern Jury Instruction. The claims and burden are set out by the previous and subsequent instructions. Further, the Plaintiff's Monell claim was bifurcated and therefore there is no Monell claim before the jury.
24. No objection – duplicative of #19.
25. No objection – duplicative of #20.
26. No objection – however it may be clearer to the jury if names are provided.
27. Objection – Plaintiff's Monell claim was bifurcated, the City of Harvey is not a party to this trial.
28. Objection - Plaintiff's Monell claim was bifurcated and therefore there is no Monell claim before the jury.
29. Objection – Plaintiff did not submit the entire instruction of PI #7.22. Plaintiff omitted, "If you find that Plaintiff has failed to prove all his claims, then you will not consider the question of damages." Plaintiff provided entire PI #7.22 in the proposed instruction #32.
30. No objection.
31. No objection – duplicative of #16.
32. No objection – duplicative of #25.
33. No objection – duplicative of #27.
34. No objection – duplicative of #22 and of PL's #18.
35. No objection – duplicative of #24 and of PL's #20.
36. Verdict Form – Objection no Monell claim, and damages not delineated.

**JOSEPH ELLISON, STEVEN KELLEY, AND CITY OF HARVEY,**

By: /s/Ken Hurst_____
Ken Hurst
One of Defendants' Attorneys

Mark Roth
Kenneth Hurst
ROTH FIORETTI, LLC
Attorney No. 37547
311 S. Wacker Drive
Suite 2470
Chicago, Illinois 60606
(312) 922-6262
Fax: 312.922.7747
ken@rothfioretti.com