UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| D-JUAN OWENS, ) | |
| ) | Case No. 13 CV 7568 |
| Plaintiff, ) | |
| ) | Judge Dow |
| v. ) | |
| ) | Magistrate Judge Brown |
| P.O. ELLISON, P.O. KELLY, ) | |
| Individually and the CITY OF ) | JURY DEMAND |
| HARVEY, a municipal ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED DEPOSITION DESIGNATIONS FOR DEXTER MOORE**

NOW COMES Plaintiff D-JUAN OWENS ("Owens" or "Plaintiff"), by and through his attorneys, GREGORY E. KULIS and JOSHUA S. PATRICK of GREGORY E. KULIS & ASSOCIATES, LTD., and respectfully submits the following responses and objections to Defendants' proposed deposition designations for Dexter Moore.

| Page(s) | Line(s) | Objection |
|---|---|---|
| 7 | 14-20 | Relevance and violation of unopposed motion *in limine* – "nicknames" have no bearing on the facts of the case and are therefore irrelevant. Furthermore, Plaintiff's eighth motion *in limine*, seeking to bar reference to prior arrests of nonparty witnesses was granted *without objection*. Introducing evidence of a misdemeanor arrest would violate this ruling and should therefore be stricken. |
| 9 | 13-15 | Relevance – the fact that the witness never had a driver's license in Illinois has no bearing on the facts of the case and is therefore irrelevant. |
| 9-10 | 19-24; 1-5 | Relevance –"nicknames" and "street names" have no bearing on the facts of the case and are therefore |

1

| | | |
|---|---|---|
| | | irrelevant. |
| 11-12 | All | Relevance – the witness's phone number on the date of occurrence has no bearing on the facts of the case and is therefore irrelevant. |
| 13 | 4-9 | Relevance – the witness's phone number on the date of occurrence has no bearing on the facts of the case and is therefore irrelevant. |
| 14 | 4-15 | Relevance – the witness's middle name and brother's name has no bearing on the facts of the case and is therefore irrelevant. |
| 19-20 | 5-24; 1 | Relevance – the witness's workplace injury and subsequent disability while working as a bricklayer in Alabama has no bearing on the facts of the case and is therefore irrelevant. |
| 22-23 | All (22); 1-8 | Relevance – the witness's work history has no bearing on the facts of the case and is therefore irrelevant. |
| 25 | 13-14; 16-24 | Relevance – the first colloquy is simply the witness asking whether he is required to answer the question. As he went on to answer the question, his initial hesitation, as a layperson likely unaware if he need assert his Fifth Amendment right against self-incrimination is irrelevant. The remainder of the proposed designation is also irrelevant. Plaintiff's proposed designation concedes that Plaintiff and Mr. Moore had previously stolen catalytic converters. His testimony as to the number of prior instances is therefore irrelevant, and not helpful for the jury, as he states he does not recall the precise number of times. |
| 43 | 8-9 | Relevance and form – the colloquy, standing alone as currently designated by Defendants, is confusingly worded. It is likewise irrelevant, as the witness goes on to answer the same question better phrased and more cogently answered beginning on line 12. |
| 72 | 1-3 | Relevance – the length of time Mr. Moore intended on spending in Chicago after his deposition is irrelevant. |
| 73-74 | 22-24; all (74) | Hearsay – the subject of the testimony is a conversation between two non-party witnesses. |

| 79 | 10-13 | Relevance – the fact that Mr. Moore had not seen the Plaintiff since the incident prior to his deposition is irrelevant to the underlying facts and does not weigh on his veracity as a witness. |
|---|---|---|
| 81-83 | 11-24 (81); all (82); 1-12 (83) | Relevance – the jury will be instructed that it is not improper for an attorney to meet with a witness in prior to testifying. The fact that Mr. Moore briefly met with Plaintiff's counsel prior to his deposition is therefore irrelevant. |

                    Respectfully submitted,

                    /s/ Joshua S. Patrick

Gregory E. Kulis
Joshua S. Patrick
GREGORY E. KULIS AND ASSOCIATES, LTD.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830