UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| D-JUAN OWENS, | ) | |
| | ) | Case No.  13 CV 7568 |
| Plaintiff, | ) | |
| | ) | Judge Dow |
| v. | ) | |
| | ) | Magistrate Judge Brown |
| P.O. ELLISON, P.O. KELLY, | ) | |
| Individually and the CITY OF | ) | JURY DEMAND |
| HARVEY, a municipal | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S OBJECTION TO REQUEST FOR JUDICIAL NOTICE**

NOW COMES Plaintiff D-JUAN OWENS ("Owens" or "Plaintiff"), by and through his attorneys, GREGORY E. KULIS and JOSHUA S. PATRICK of GREGORY E. KULIS & ASSOCIATES, LTD., and respectfully submits the following objections to Defendants' request for judicial notice, in support thereof stating as follows:

**ARGUMENT**

Defendants' request for judicial notice of Plaintiff's criminal convictions is nothing more than a brazen attempt to re-litigate the Court's ruling on motions in limine. With respect to Plaintiff's motion to bar reference to his prior convictions, the Court held that "evidence of Plaintiff's February 2009 felony conviction is admissible under Rule 609(a)(1)(A) but should be limited and sanitized to reduce the risk of prejudice to Plaintiff." Docket #85 at p.7. The Court went on to specifically delineate how Defendants may elicit Plaintiff's felony conviction, stating "Defendants' impeachment of Plaintiff in this context shall be limited to the fact that Plaintiff is a convicted felon." *Id*.

Nowhere in the Court's detailed ruling is Defendant afforded latitude to introduce the specific details of Plaintiff's prior convictions – just the opposite, in fact. As such, Defendants are apparently seeking judicial notice as a way to back-door the specifics of Plaintiff's prior convictions into evidence. The Court should not permit Defendants to flout these rulings. The Order on Motions in Limine was thorough, reasoned, and provided the parties with a specific roadmap to introduce Plaintiff's felony convictions. Said Order should likewise control the instant motion, and Defendants' request for judicial notice should be denied in turn.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order denying Defendants' request for judicial notice for reasons stated herein and for any further relief the Court deems necessary and just.

Respectfully submitted,

/s/ Joshua S. Patrick

Gregory E. Kulis
Joshua S. Patrick
GREGORY E. KULIS AND ASSOCIATES, LTD.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830