## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

D-Juan Owens,

Plaintiff(s),

v.

P.O. Steven Kelly and P.O. Ellison,

Defendant(s).

Case No. 13-cv-7568
Judge Dow

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Police Officer Steven Kelly and Police Officer Ellison
and against plaintiff(s) D-Juan Owens.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Robert M. Dow presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date: 4/5/2017                              Thomas G. Bruton, Clerk of Court

                                            C. Hoesly, Deputy Clerk